No. 632. EMILIE SAXLEHNER, PETITIONER, *v.* EDWARD WAGNER ET AL. March 23, 1908. Order denying petition for writ of certiorari set aside and writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Antonio Knauth, Mr. Frank F. Reed* and *Mr. Arthur von Briesen* for petitioner. *Mr. Walter F. Murray* for respondents.

---

No. 659. EDGAR E. HEAVENRICH, TRUSTEE, ETC., PETITIONER, *v.* CARRIE W. HALEY. March 23, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Bernard B. Selling* for petitioner. *Mr. Alexander J. Groesbeck* for respondent.

---

No. 656. J. WILLCOX BROWN ET AL., PETITIONERS, *v.* WILLMORE COAL COMPANY. April 6, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. John G. Carlisle* for petitioner. *Mr. John G. Johnson* and *Mr. W. H. Ruppel* for respondent.

---

No. 668. MASON WILLIAMS, TRUSTEE, ETC., PETITIONER, *v.* THE NATIONAL BANK OF COMMERCE OF ST. LOUIS, MO. April 6, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edwin C. Brandenburg* for petitioner. *Mr. Charles W. Ogden* for respondent.